**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LUIS ENRIQUE MOLINA LEMUS, | § | |
| Petitioner, | § | |
| | § | Civil Action No. 5:26-cv-05045-XR |
| v. | § | |
| | § | |
| TODD BLANCHE, et al., | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner's Motion for Voluntary Dismissal Without Prejudice. Having considered the motion, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Petitioner's Motion for Voluntary Dismissal is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS FURTHER ORDERED that each party shall bear its own costs, expenses, and attorney's fees.

The Clerk is directed to close this case.

SIGNED this 30th day of October, 2026.

____________________________________
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE